IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAFAEL ALMANAZAR, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 3:26-152 |
| ) | Judge Nora Barry Fischer |
| PENNSYLVANIA PAROLE BOARD, et al., ) | Magistrate Judge Keith Pesto |
| ) | |
| Respondents. ) | |

**<u>MEMORANDUM ORDER</u>**

AND NOW, this 4th day of March, 2026, after Petitioner Rafael Almanazar submitted a § 2254 habeas petition against the Pennsylvania Parole Board without paying the filing fee or providing a motion for in forma pauperis, (Docket No. 1), and upon consideration of the Report and Recommendation filed by United States Magistrate Judge Keith A. Pesto on February 6, 2026, (Docket No. 2), recommending that the § 2254 habeas petition filed by Petitioner Rafael Almanazar against the Pennsylvania Parole Board be denied as Petitioner did not exhaust administrative remedies as to the challenged denial of his parole and his claims in his § 2254 habeas petition were otherwise without merit and further directed that objections were due in 14 days such that objections from non-ECF users were due on February 26, 2026, no objections having been filed as of the date of this Order, and upon independent review of the record and de novo consideration of the Magistrate Judge's Report and Recommendation of February 9, 2026, (Docket No. 2), which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that the Petition (Docket No. 1) is DENIED;

IT IS FURTHER ORDERED that no certificate of appealability shall issue as Petitioner has not made a substantial showing of a denial of a Constitutional right; and,

FINALLY, IT IS ORDERED that the Clerk of Court shall mark this case CLOSED.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: Magistrate Judge Keith A. Pesto

cc:   RAFAEL ALMANZAR
      QA1391
      SCI HOUTZDALE
      P.O. Box 1000
      209 Institution Drive
      Houtzdale, PA 16698-1000 (via first class mail)